**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 2:09cv887-MEF** |
| | ) | |
| **SEVENTEEN THOUSAND** | ) | |
| **FOUR HUNDRED SIXTY-SIX** | ) | |
| **($17,466.00) DOLLARS IN** | ) | **(WO- Do Not Publish)** |
| **UNITED STATES CURRENCY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>FINAL JUDGMENT</u>**

In accordance with the prior proceedings, decrees, and orders of the Court, it is ORDERED and ADJUDGED as follows:

1.      Final Judgment of Forfeiture of the defendant **$17,466 IN U.S. CURRENCY** is hereby entered in favor of the United States and against all persons claiming any right, title or interest in the defendant currency.

2.  Costs are taxed as paid.

3.  The Clerk of the Court is DIRECTED to enter this document as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

IT IS SO ORDERED this the 2nd day of December, 2010.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE